UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 32.215.120.60,<br><br>        Defendant. | Civil Action No. 3:17-cv-00249-JBA |

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 32.215.120.60 ("Defendant") through his counsel, Christopher Ariano, Esq. of Ariano & Associates. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: July 6, 2017

                                          Respectfully submitted,

                    By:    /s/ *Jacqueline M. James*
                              Jacqueline M. James, Esq. (CT29991)
                              The James Law Firm, PLLC
                              445 Hamilton Avenue
                              Suite 1102
                              White Plains, New York 10601
                              T: 914-358-6423
                              F: 914-358-6424
                              E-mail: jjameslaw@optonline.net
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                             By:  /s/ *Jacqueline M. James*
                                                                               Jacqueline M. James